UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

    Plaintiff,

v.  Case No: 6:23-cv-353-RBD-DCI

FREITAG MARK J. TRUST and
SWEENEYS SEASIDE N.S.B. LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Sweeneys Seaside N.S.B., LLC (Doc. 14), filed March 27, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE** as to **Defendant Sweeneys Seaside N.S.B., LLC**. The Clerk is directed to terminate Sweeneys Seaside N.S.B., LLC as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 28, 2023.



ROY B. DALTON JR.
United States District Judge